United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Matt Williams, *et al.*, § § Plaintiffs, § § versus § § PennyMac Loan Services, LLC, *et al.*, § § Defendants. § | Civil Action H-19-119 |

## Final Judgment

The claims of Matt Williams and Roxane Johnson against: PennyMac Loan Services, LLC; Mortgage Electronic Registration Systems, Inc.; Shahid Khan; and Zinaida Fomenko are denied. (21)

Signed on June __5__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge