United States District Court
Southern District of Texas
**ENTERED**
June 07, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Matt Williams, et al., §
§
    Plaintiffs, §
§
versus §    Civil Action H-19-119
§
PennyMac Loan Services, LLC, et al., §
§
    Defendants. §

## Order on Sanctions

1. The court will set a hearing on the motion for sanctions.

2. The court asks that the movants be prepared to specify the exact amount of sanctions they are requesting at the hearing.

Signed on June  6 , 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge