United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Matt Williams, *et al.*, | § | |
|     Plaintiffs, | § | |
| *versus* | § | Civil Action H-19-119 |
| PennyMac Loan Services, LLC, *et al.*, | § | |
|     Defendants. | § | |

## Order on Sanctions

Rhonda Shedrick Ross has failed to appear, disobeyed the court's orders, presented fraudulent parties' insane conceptions of legal claims, and made inconsistent statements throughout this case and others. Her pleadings and appearances varied in everything except their being grossly false.

A qualified, rational person could not have presented the appearances and positions that Ross has done in good faith. This is unacceptable.

PennyMac Loan Services, LLC, recovers a sanction in the form of an equitable cost adjustment of $15,367.75 against Rhonda Shedrick Ross, and the Khans recover an equitable cost adjustment of $27,406.84 from Rhonda Shedrick Ross. (25)

All court costs are assessed against Ross.

Signed on August 15, 2019, at Houston, Texas.

 

Lynn N. Hughes
United States District Judge